■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRANDON L. BAILEY, Appellant. [825 NYS2d 401]—Appeal from a judgment of the Yates County Court (W. Patrick Falvey, J.), rendered March 15, 2005. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Hurlbutt, Gorski and Martoche, JJ.